UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERIE TRAHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06cv605 (RWR) |
| ) | |
| ELAINE L. CHAO, ) | |
| Secretary, Department of Labor ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO THE COMPLAINT**

Federal Defendant, Elaine Chao, Secretary of Labor, respectfully moves this Court for an Order enlarging the time an additional 21 days, up to and including July 14, 2006, within which it may respond to the Complaint in the above-captioned matter. In support of this motion, the Federal Defendant respectfully states as follows:

1.  Plaintiff Cherie Trahan brought this action under the Rehabilitation Act, 29 U.S.C. § 791, et seq., alleging that the Federal Defendant discriminated against her based on her association with a qualified disabled person. The Federal Defendant's response is currently due June 23, 2006.

2.  The enlargement is needed because the undersigned Assistant United States Attorney recently received the administrative file and is unable to prepare a response because of his involvement in several matters before the Court of Appeals for the D.C. Circuit and the United States District Court, including appellate filings in Kwon v. Billington, No. 05-5205, Daisher v. Mineta, No. 06-5091; and Zhu v. United States, 06-5070; dispositive motions in Tinsley v. Gonzales, 06cv429 (RCL); and Hairston v. Federal Bureau of Investigations, 05cv1619 (JDB); and Reply/Response memoranda in Cross v. Small, 04cv1253 (RMC), and IAC v. United States, 01cv72

(GK). Thus, the requested enlargement is necessary to allow Defendant's counsel to review the file and prepare an appropriate response.

3. Pursuant to Local Rule 7(m), counsel for the United States contacted counsel for Plaintiff to discuss the above motion. Counsel for Plaintiff stated that Plaintiff would not oppose an enlargement if Defendant files an Answer, but would oppose an enlargement if Defendant files a dispositive motion. Counsel for Defendant is still reviewing the file and has not yet determined what the response will be.

WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that the Court enlarge the time, up to and including July 14, 2006, within which the Defendant may file its response to the Complaint in the above-captioned matter.

A proposed order that would grant the relief sought is attached.

Respectfully submitted,

 /s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


 /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERIE TRAHAN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, )<br>Secretary, Department of Labor )<br>)<br>    Defendant. )<br>) | Civil Action No. 06cv605 (RWR) |

## **ORDER**

UPON CONSIDERATION of the Defendant's Motion For Enlargement of Time To Respond To the Complaint, it is this _____ day of June, 2006, hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that the time within which the Defendant shall file its response to the Complaint is enlarged, up to and including July 14, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE