UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERIE TRAHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06cv605 (RWR) |
| ) | |
| ELAINE L. CHAO, ) | |
| Secretary, Department of Labor ) | |
| ) | |
| Defendant. ) | |
| ) | |

**SECOND MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO THE COMPLAINT**

Federal Defendant, Elaine Chao, Secretary of Labor, respectfully moves this Court for an Order enlarging the time an additional 21 days, up to and including August 11, 2006, within which it may respond to the Complaint in the above-captioned matter. In support of this motion, the Federal Defendant respectfully states as follows:

1. Plaintiff Cherie Trahan brought this action under the Rehabilitation Act, 29 U.S.C. § 791, et seq., alleging that the Federal Defendant discriminated against her based on her association with a qualified disabled person. The Federal Defendant's response is currently due July 14, 2006.

2. The enlargement is needed because the undersigned Assistant United States Attorney was unable to prepare a response because of his involvement in several matters before the District Court, including extensive discovery in Neopost, et al. v. U.S. Postal Service, 00cv1401, 00cv2089, and 01cv804 (PLF), in which Counsel was out of the jurisdiction during the week of July 10, 2006, reviewing over 250 boxes of documents, and extensive third-party discovery in Smith v. Hope Village, Inc., 05cv633 (RBW); as well as matters before the Court of Appeals for the D.C. Circuit, including appellate filings in Kwon v. Billington, No. 05-5205, and Zhu v. United States, 06-5070.

In addition, Counsel for Federal Defendant will be out of the jurisdiction for his first vacation in three years during the period of July 20, 2006 through August 3, 2006. Thus, the requested enlargement is necessary to allow Defendant's counsel to prepare an appropriate response.

4.      Pursuant to Local Rule 7(m), counsel for the United States attempted to contact counsel for Plaintiff to discuss the above motion and left a message on counsel's voicemail. As of the time of filing, counsel for Plaintiff has not returned the call. However, counsel for Plaintiff previously informed counsel for the Federal Defendant that Plaintiff opposes an enlargement because Federal Defendant anticipates filing a dispositive motion in lieu of an Answer.

WHEREFORE, for all of the foregoing reasons, Federal Defendant respectfully requests that the Court enlarge the time, up to and including August 11, 2006, within which the Federal Defendant may file its response to the Complaint in the above-captioned matter.

A proposed order that would grant the relief sought is attached.

Respectfully submitted,

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERIE TRAHAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELAINE L. CHAO, )<br>Secretary, Department of Labor )<br>)<br>Defendant. )<br>) | Civil Action No. 06cv605 (RWR) |

## ORDER

UPON CONSIDERATION of the Defendant's Motion For Enlargement of Time To Respond To the Complaint, it is this _____ day of July, 2006, hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that the time within which the Defendant shall file its response to the Complaint is enlarged, up to and including August 11, 2006.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE