UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CHERIE TRAHAN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-605 (RWR) |
| ) | |
| **ELAINE CHAO**, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The parties have reported that they have reached a settlement. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 25th day of August, 2006.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　RICHARD W. ROBERTS
　　　　　　　　　　　　　　　United States District Judge